IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                     ORDER

              Plaintiff,

                                                    08-cv-148-bbc

       v.                                      06-cr-157-bbc

JERRY LEE WARD,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 17, 2008, defendant filed a motion for postconviction relief pursuant to 28 U.S.C § 2255, along with a motion for a sixty-day extension of time in which to file a brief and affidavit in support of his motion. In an order entered on March 24, 2008, I gave defendant 30 days within which to file his supporting documentation. Defendant has now written to the court requesting that his motion be withdrawn (dkt 57).

1

ORDER

IT IS ORDERED that defendant's motion filed on March 17, 2008, is considered to have been withdrawn.

Entered this 23d day of April, 2008.

                        BY THE COURT:
                        /s/
                        BARBARA B. CRABB
                        District Judge