IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,

     v.

JAMES T. STEVENS,

                      Defendant.

ORDER

08-cv-687-bbc
06-cr-157-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Defendant James T. Stevens continues to maintain that he has not received materials from his file that his court-appointed attorney, Robert Ruth, says that he turned over to defendant. In an effort to resolve the matter before taking up the merits of defendant's motion for post conviction relief under 28 U.S.C. § 2255, I will schedule a telephone hearing to be held on February 26, 2009, at 8:00 a.m. central standard time. Mr. Ruth and Mr. Stevens are requested to advise the court of the telephone numbers at which they can be reached at that time. The court will place the call. I do not anticipate that it will last more than 30 minutes.

     Entered this 4th day of February, 2009.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge